IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02451-MEH

MAGIC RABBIT CAR WASH & LUBE CO.,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

---

## ORDER APPOINTING UMPIRE

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court are the parties' candidates to serve as an umpire over their appraisal process. *See* ECF Nos. 93, 94. The Court has reviewed the parties' candidates and objections. In doing so, the Court examined the resumes, qualifications, and conflicts of interest of each candidate. The Court finds that retired Judge William Meyer will serve as a qualified and impartial umpire with respect to the appraisal process. Indeed, Plaintiff does not oppose the appointment of Judge Meyer.

    Accordingly, Defendant's Motion to Appoint Umpire [filed January 11, 2018; ECF No. 94] is **granted**. Judge William Meyer of Denver, Colorado is appointed as an umpire with respect to the appraisal process in this case. The parties shall file a status report within five days of a final determination from the appraisers and umpire.

Entered and dated at Denver, Colorado, this 5th day of February, 2018.

                        BY THE COURT:

                        Michael E. Hegarty
                        United States Magistrate Judge